# CONDON / FORSYTH

Application granted.  The conference scheduled for May 22, 2026 is adjourned *sine die*.

SO ORDERED.

May 15, 2026

Hon. Ronnie Abrams
May 18, 2026

Direct Dial: (212) 894-6892
Direct Fax:  (212) 370-4453
abattista@condonlaw.com

By eFile on CM/ECF

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:  Mota and Camargo v. LATAM Airlines Group S.A., Case No.: 1-26-cv-03294-RA

Your Honor,

LATAM Airlines Group S.A. ("LATAM") respectfully submits this letter requesting that the case management conference scheduled for May 22, 2026 be adjourned *sine die*.  LATAM filed its motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on April 27, 2026 and is now fully briefed before the Court without opposition.  Plaintiffs (or their counsel) have not filed an appearance.

Due to plaintiffs' apparent abandonment of the claim, LATAM believes that the case management conference is unnecessary.  Accordingly, LATAM respectfully requests that the Court adjourn the scheduled conference *sine die* pending resolution of its motion to dismiss.

We thank the Court in advance for all courtesies.

Sincerely,

Anthony U. Battista

cc:   Joel J. Turney Esq. – *Attorney for plaintiffs* (via Certified Mail)

4936-1823-2491v.1

**Condon & Forsyth LLP** / 7 Times Square / New York, NY 10036
Tel 212.490.9100 / Fax 212.370.4453 / condonlaw.com

**New York / Los Angeles / Miami / Sacramento / Seattle**