UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAI HUNTE,

Plaintiff,

v.

AIR MAIL 546 HUDSON STREET LLC and
546 HUDSON STREET PARTNERS LLC,

Defendant.

26-CV-3294 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 6, 2026, Plaintiff filed the Complaint in this action. Dkt. No. 1 (Compl.). On March 10, 2026, the Court issued an order directing the parties to attempt to settle this case. Dkt. No. 7 (Mar. 10, 2026 Order). The parties were required to submit a joint letter by April 14, 2026, informing the Court of the status of those discussions and whether the parties sought to proceed with an initial status conference. *Id.* The parties never submitted a joint letter, Defendants never appeared, and Plaintiff never filed proof of service of the Complaint or the Court's initial order.

No later than September 25, 2026, Plaintiff shall submit a letter as to the status of this case. If Plaintiff fails to file such a letter, the Court will dismiss this case for failure to prosecute consistent with Rule 41(b) of the Federal Rules of Civil Procedure, which provides that a district court may dismiss an action if "the plaintiff fails to prosecute or otherwise comply with [the] rules or a court order." Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated: September 14, 2026
New York, New York

Ronnie Abrams
United States District Judge