UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL MOTA and MARIA A. CAMARGO,

Plaintiffs,

v.

LATAM AIRLINES GROUP S.A.,

Defendant.

26-CV-3294 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 21, 2026 Defendant removed this action from New York Supreme Court. Dkt. No. 1 (Notice of Removal). Defendant filed an affidavit of service on the docket. Dkt. No. 2. On April 27, 2026, Defendant filed a motion to dismiss. Dkt. No. 8. Plaintiffs have not appeared and have not opposed Defendant's motion to dismiss.

No later than September 25, 2026, counsel for Plaintiffs shall enter an appearance and either file an opposition to the motion to dismiss, or shall inform the Court by letter that Plaintiffs do not intend to file one but still intend to prosecute this case. If Plaintiffs file such a letter, the Court will consider the motion fully briefed. If Plaintiffs do not appear and do not file an opposition or a letter by October 9, 2026, the Court will dismiss this case for failure to prosecute consistent with Rule 41(b) of the Federal Rules of Civil Procedure, which provides that a district court may dismiss an action if "the plaintiff fails to prosecute or otherwise comply with [the] rules or a court order." Fed. R. Civ. P. 41(b). No later than September 18, 2026, Defendant is ordered to file proof of service of this order on the docket.

SO ORDERED.

Dated: September 14, 2026
New York, New York

Ronnie Abrams
United States District Judge